In the Matter of the Claim of ATHENE ROTHKOPF, Appellant, against BENRUS WATCH COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

BERNICE E. MEEHAN, Respondent, v. JAMES McCLOY et al., Appellants.—

All concur.

In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Property for and on Behalf of the City of New York, in the Towns of Shandaken and Olive, Ulster County. (Esopus Creek Parcel 17.) EUGENE GORMLEY, Appellant.—

All concur.

EDWARDS NATIONAL BANK, Respondent, v. ROBERT H. GELDER, Appellant.—

All concur.

In the Matter of JOHN D. CAMPBELL, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

All concur.